JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 5:25-cv-01273-DOC-PD                                   Date: June 17, 2025

Title: Western Municipal Water District v. The 3M Company et al.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** **ORDER DISMISSING AND CLOSING CASE PURSUANT TO JOINT STATUS REPORT [9]**

In the Joint Status Report signed and submitted by the Parties on June 9, 2025 (Dkt. 9), the Parties state that this action was previously removed and transferred to a multi-district litigation (MDL). The Parties agree this case should terminate. Therefore, the Court hereby **DISMISSES** this case without prejudice and closes the case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                  Initials of Deputy Clerk: kdu

CIVIL-GEN